UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL CONNERS,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents | Case No.: 2:22-cv-00991-APG-BNW<br><br>**Order** |

Darrell Conners has submitted a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 3.) Based on the current information about petitioner's financial status, including any additional information he may have provided, I find that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

I THEREFORE ORDER that petitioner's second application for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 3) is DENIED. Petitioner has 30 days from the date this order is entered to have the $5.00 filing fee sent to the Clerk of Court. Failure to do so may result in the dismissal of this action. The Clerk is directed to retain the petition but not file it at this time.

Dated: July 27, 2022

_____
U.S. District Judge Andrew P. Gordon